Date signed August 11, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: <br> Ida Mae Bass, <br>       Debtor. | Case No. 09-17579PM <br> Chapter 13 |
|---|---|
| Empire Mortgage IX, Inc., <br>       Movant, <br><br> vs. <br><br> Ida Mae Bass, <br>       Respondent. | |

## MEMORANDUM

    Upon review of the Memorandum in Support of Consent Order submitted by Empire Mortgage IX, Inc., the court advises the parties that the Consent Order will not be entered by this court unless the charge of $150.00 for the filing of a Proof of Claim is removed, the court finding that the Movant is not entitled to assess this fee pursuant to Paragraph 22 of the Deed of Trust.

cc:    Debtor/Respondent
        Debtor's Counsel
        Movant
        Movant's Counsel

**End of Memorandum**